Certificate Number: 16339-PAE-DE-039411959

Bankruptcy Case Number: 24-14224



16339-PAE-DE-039411959

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on March 6, 2025, at 12:20 o'clock PM EST, Derrick Holloway completed a course on personal financial management given by internet by Second Bankruptcy Course, LLC, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Eastern District of Pennsylvania.

Date:  March 6, 2025　　　　　　　　By:　/s/Kelley Tipton　　　　　　　

　　　　　　　　　　　　　　　　　　Name:　Kelley Tipton　　　　　　　

　　　　　　　　　　　　　　　　　　Title:　Certified Financial Counselor